IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JOSEPH L. RAINEY

    Plaintiff(s)

vs.                                                             Civil Action No. JFM-13-3225

UNITED STATES OF AMERICA

    Defendant(s)

******

ORDER

Upon consideration of the Report and Recommendation authored by United States Magistrate Judge Matt J. Whitworth and the answer to the Report and Recommendation filed by petitioner and this court being of the view that the Report and Recommendation is correct, it is, this 11th day of April 2014

ORDERED that upon *de novo* review this court adopts the Report and Recommendation of Magistrate Judge Whitworth and dismisses the petition for writ of habeas corpus filed by Joseph L. Rainey.

                                                                                      ____/s/_____
                                                                                      J. Frederick Motz
                                                                                      United States District Judge